UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL CASE NO. 5:20-cr-00012-TBR

UNITED STATES OF AMERICA                                            PLAINTIFF

v.

CHASE BOWMAN-RAINES                                                DEFENDANT

## MEMORANDUM OPINION AND ORDER

Defendant Chase Bowman-Raines has filed a Motion to Reschedule Bureau of Prisons Reporting Date. [DN 60]. The apparent basis for Defendant's Motion is "to allow ample time for Mr. Bowman-Raines to get fully vaccinated." *Id.*

It appears Defendant is due to report to the Bureau of Prisons FCI Butner Low on January 6, 2022. *Id.* Defendant filed this motion on December 30, 2021. *Id.* The Courthouse was closed December 30, 2021 through January 3, 2022. In support of the motion Defendant further notes: "As of December 28, 2021, there were in excess of 431,000 new COVID cases in the United States with over 60,000 hospitalizations." *Id.* Defendant states that "previously FCI Butner Low had over 491 inmates and 53 staff infected with the virus." *Id.*

Defendant was originally appointed a Public Defender, however, on December 23, 2020, he withdrew and Rammy Barbari of Price Benowitz LLP entered an appearance as retained counsel for Defendant. [DN 32; DN 34]. At the request of counsel, a change of plea hearing and sentencing hearing were set for June 18, 2021. [DN 37]. At the joint request of counsel, the change of plea and sentencing hearing was continued until August 30, 2021. [DN 40].

On August 28, 2021, Defendant filed an emergency motion to continue his guilty plea and sentencing hearing. [DN 46]. The motion was filed under seal as it addressed mental health issues of Defendant. *Id.* The Court conducted a telephonic further proceeding hearing on August 28, 2021, with counsel. On August 30, 2021, the United States filed a sealed motion to revoke pre-trial release. [DN 48]. The Court held a telephonic further proceeding hearing on August 31, 2021. [DN 51]. On September 3, 2021, the Court set another telephonic further proceeding for September 24, 2021, to allow Defendant to pursue medical issues. The Court held the September 24, 2021, further proceeding and at request of counsel set the matter for a change of plea and sentencing hearing for November 3, 2021.

The Court held the hearing. Defendant pled guilty on November 3, 2021, and the Court sentenced Defendant to serve a term of imprisonment of 70 months followed by a term of supervised release of 15 years. [DN 58]. The Defendant requested that he be allowed to self-surrender. The Government objected. Considering the fact that the government's objection was strong, the Court mercifully granted the motion, only after confirming with his family, his counsel, and his wife as to his mental health stability.

Defendant now asks the Court to delay his reporting date until February 11, 2022, so that Defendant can get vaccinated. [DN 60]. According to counsel for Defendant, they have "conferred with the government and their position is that they defer to the Court on the matter." *Id.* In their brief, defense counsel states: "Mr. Bowman-Raines is not yet vaccinated but has a scheduled first dose for December 31, 2021. His second dose is scheduled for January 28, 2022, and an individual is considered fully vaccinated two weeks after their second dose." *Id.*

Obviously, Defendant has had ample time to be vaccinated since his initial appearance on April 21, 2020. Further, there is no documented evidence that Defendant received his first dose on

December 31, 2021. All the Court has is counsel's statement that he is scheduled for a first dose on December 31, 2021 and his second dose is scheduled for January 28, 2022. Further, counsel for Defendant relies on outdated data regarding the number of active COVID-19 cases. Currently, there are zero inmates and only two staff members with active COVID cases at FCI Butner Low.[1] Regardless, the Court has granted multiple requests of Defendant including continuance and delays and allowing voluntary surrender.

The Court requested the United States Probation Office to contact FCI Butner and give more information concerning COVID vaccinations. The Probation Officer was able to contact the medical staff at FCI Butner and was informed that as long as Mr. Bowman-Raines takes his COVID-19 vaccination card with him, he can still get the second dose of the Pfizer vaccine on time. Which according to defense counsel is approximately January 28, 2022. If he does not bring the vaccination record card with him, the medical staff advised that they can start over with his vaccine dose when it is safe to do so.

Considering all the circumstances of this case, the previous rulings of the Court, and the information provided by the medical staff at FCI Butner Low, the Court finds a delay in voluntary surrender is not appropriate or necessary. There has been ample time for Defendant to be fully vaccinated but for unknown reasons he did not do so.

**IT IS ORDERED** that Defendant's Motion to Reschedule Bureau of Prison's Reporting Date is **DENIED**.

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

January 4, 2022

cc: counsel

---

[1] *COVID-19*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/coronavirus/ (last visited Jan. 4, 2022).

3